O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV04-3032-AHM (VBKx) | Date | September 15, 2008 |
|---|---|---|---|
| Title | ELOISE HAYES, et al. v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gary S. Casselman | Robyn-Marie Monteleone, AUSA |

**Proceedings:**     Status Conference Following Dismissal of Appeal

Cause called; appearances made.

Court and counsel determine the surviving claims (Bird/Winkler) and the Court sets September 29, 2008 as the last day plaintiff may file a motion to enlarge discovery which should be noticed for hearing on October 20, 2008 at 10:00 a.m.

Any motions *in limine* must be filed by October 27, 2008.

Court orders the dates as indicated on Further Scheduling and Case Management Order filed this date.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | | SMO |

**Make JS-5**