O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-3032 AHM (VBKx) | Date | December 3, 2008 |
|---|---|---|---|
| Title | ELOISE HAYES, *et al.* v. CITY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS Plaintiff's unopposed ex parte application for a continuance of the trial date and related dates.[1]  The new trial date is April 28, 2009.  The remaining pretrial dates , including the last day for hand-serving motions *in limine* arising from the depositions of Byrd and Winkler, are continued in relation to the new trial date.

|  | : |
|---|---|
| Initials of Preparer | RJ |

---

[1] Docket No. 123.