THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROL A. CHEN (SBN 212720)
DEBORAH E. YIM (SBN 217400)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-2428
                 (213) 894-2447
   Facsimile:  (213) 894-7819
   E-mail:     carol.chen@usdoj.gov
                  deborah.yim@usdoj.gov

Attorneys for INDIVIDUAL AGENT
DEFENDANTS TOBY BYRD and
JEFF WINKLER

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY HAYES, | NO. CV 04-3032 AHM (VBKx) |
| Plaintiff, | |
| v. | JUDGMENT |
| TOBY BYRD and JEFF WINKLER, | |
| Defendants. | |

1  This action was tried before a jury from June 30, 2009 to July 7, 2009.  Gary Casselman appeared for Plaintiff Anthony Hayes ("Plaintiff"), and Assistant United States Attorneys Carol A. Chen and Deborah E. Yim appeared for Individual Defendants Toby Byrd and Jeff Winkler ("Individual Defendants").  The jury heard live testimony from Thomas Dobbs, Robert D'Orazio, Plaintiff, the Individual Defendants, Jeff Bell, Dustin Bloxham, Mark McClarie, and Bill Neff.

On July 7, 2009, the jury deliberated and unanimously reached a verdict in favor of the Individual Defendant Toby Byrd and Individual Defendant Jeff Winkler, finding that neither Individual Defendant used excessive force on Plaintiff.

Costs are hereby awarded to the Individual Defendants Toby Byrd and Jeff Winkler, according to proof.

The Clerk is ordered to enter this judgment.

DATED: July 21, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**